# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HELSTOWSKI,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>DONALD C. WINTER,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 07 CV 1687 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pursuant to the parties' joint motion and for good cause shown, the court hereby **GRANTS** the parties' motion and **DISMISSES** this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Clerk of the Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: March 6, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: 　　All parties